**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHIAMAKA ADAOHA UKAGA<br><br>                    Plaintiff,<br><br>    vs.<br><br>FRED FINCH YOUTH & FAMILY SERVICES; FRED FINCH YOUTH CENTER CARES, INC.<br><br><br>                    Defendants. | Case No.: CV25-11065-TSH<br><br>[PROPOSED] ORDER *AS MODIFIED BY THE COURT* GRANTING STIPULATION TO PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE<br><br>Complaint Served: January 13, 2026<br><br>Current Response Date: March 5, 2026 |

Complaint Filed:  December 30, 2025

Having reviewed the parties' Stipulation Regarding Filing of First Amended Complaint and Resetting Response Deadline, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.    The Stipulation is GRANTED.

2.    ~~Plaintiff shall file and serve a First Amended Complaint no later than days from March 4, 2026 or March 25, 2026.~~  Plaintiff shall file and serve a First Amended Complaint no later than 21 days from March 5, 2026.

- 1 -

The First Amended Complaint shall comply with Civil Local Rule 10-1 and shall be accompanied by a redlined or highlighted version comparing it to the original Complaint, consistent with the Court's Standing Order.

3. Defendant shall have 30 days from the date Plaintiff files and serves the First Amended Complaint to answer or otherwise respond.

4. The filing of the First Amended Complaint shall constitute Plaintiff's one amendment as a matter of course under Federal Rule of Civil Procedure 15(a)(1). Any subsequent amendment shall require either Defendant's written consent or leave of Court pursuant to Federal Rule of Civil Procedure 15(a)(2).

5. All other dates and deadlines in this action remain as previously set by the Court.

**IT IS SO ORDERED.**

Dated: March 5, 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATION TO PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE