**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHIAMAKA ADAOHA UKAGA<br><br>Plaintiff,<br><br>vs.<br><br>FRED FINCH YOUTH & FAMILY SERVICES; FRED FINCH YOUTH CENTER CARES, INC.<br><br>Defendants. | Case No.: CV25-11065-TSH<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Served: January 13, 2026<br><br>Current Response Date: March 5, 2026<br><br>Complaint Filed:  December 30, 2025 |

Having reviewed the parties' Stipulation Regarding Filing of a Second Amended Complaint and Resetting Response Deadline, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1.    The Stipulation is GRANTED.

2.    Plaintiff shall file and serve a Second Amended Complaint no later than April 20, 2026. The Second Amended Complaint shall comply with Civil Local Rule

[PROPOSED] ORDER GRANTING STIPULATION TO PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE

10-1 and shall be accompanied by a redlined or highlighted version comparing it to the original Complaint, consistent with the Court's Standing Order.

3. Defendant shall have twenty-one (21) days from the date Plaintiff files and serves the Second Amended Complaint to answer or otherwise respond.

4. The filing of the Second Amended Complaint shall constitute Plaintiff's one amendment as a matter of course under Federal Rule of Civil Procedure 15(a)(1). Any subsequent amendment shall require either Defendant's written consent or leave of Court pursuant to Federal Rule of Civil Procedure 15(a)(2).

5. All other dates and deadlines in this action remain as previously set by the Court.

**IT IS SO ORDERED.**

Dated:  April 10, 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATION TO PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE